**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Linda Anderson, James Feser, Judith Peskar, | Civil No. 11-3554(RHK/LIB) |
| Plaintiffs, | **DISQUALIFICATION AND** **ORDER FOR REASSIGNMENT** |
| vs. | |
| Simpson and Associates, Inc., et al., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 9, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge